UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DUSTIN KINNETT,**

    Plaintiff,    :     Case No. 2:24-cv-4172

v.                           Chief Judge Sarah D. Morrison
                                   Magistrate Judge Kimberly A.
**THE STATE OF OHIO,** *et al.*,    Jolson

                             :

    Defendants.

## ORDER

Dustin Kinnett filed a Motion for Leave to Proceed *in forma pauperis*. (Motion, ECF No. 1.) Upon review, the Magistrate Judge identified several deficiencies and ordered Mr. Kinnett to file a revised Motion. (ECF No. 2.) Mr. Kinnett failed to do so. On December 17, 2024, the Magistrate Judge issued a Report and Recommendation (R&R, ECF No. 3) recommending that Mr. Kinnett be ordered to pay the filing fee required to commence this action within thirty (30) days or else his case should be dismissed for failure to pay the filing fee. No objections have been filed, and the time for filing objections has passed.

For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (R&R). Mr. Kinnett is **ORDERED** to pay the filing fee within thirty (30) days of this Order. Mr. Kinnett is **WARNED** that failure to timely pay the full fee will result in this case being dismissed.

    **IT IS SO ORDERED.**

                                                 /s/ Sarah D. Morrison
                                                 **SARAH D. MORRISON, CHIEF JUDGE**
                                                 **UNITED STATES DISTRICT COURT**